Patrick Bearup #136226
Name and Prisoner/Booking Number

ASPC-F-Central
Place of Confinement

PO Box 8200
Mailing Address

Florence, AZ 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 2 8 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Patrick Wade Bearup
(Full Name of Plaintiff)

Plaintiff,

v.

(1) David Shinn (Individual capacity) (Official capacity),
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

Jury Trial Demanded

CASE NO. CV20-02485-PHX-SPL--MHB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Central Unit, Florence, Arizona.

## B. DEFENDANTS

1. Name of first Defendant: David Shinn. The first Defendant is employed as: Director of Prison System at Central Office.
   (Position and Title)      (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: as: _____ at _____.
   (Position and Title)      (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __5__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Bearup v. Az Dept. of Corrections
      2. Court and case number: 4:01-CV-00269-JC
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Released from Custody

   b. Second prior lawsuit:
      1. Parties: Bearup v. Arpaio
      2. Court and case number: 2:06-CV-02427-FJM-MEA
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   c. Third prior lawsuit:
      1. Parties: Bearup v. Ryan et al.
      2. Court and case number: 2:15-CV-02299-DLR
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Settled

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

d. Fourth Previous Lawsuit:
   1. Parties: Bearup v. Ryan et al.
   2. Case No: 2:19-CV-05828-SPL-MHB
   3. Result: Still Pending

e. Fifth Previous Lawsuit:
   1. Parties: Bearup v. Shinn et al.
   2. Case No: 2:20-CV-01553-SPL-MHB
   3. Result: Still Pending

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Religious Land Use and Institutionalized Persons Act (RLUIPA) and the First Amendment Freedom of Religion.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    On July 2, 2020 The Arizona Department of Corrections (ADC) issued inmate notification 20-15[1], providing notice that ADC's Kosher Meal Plan is being replaced with a Vegan Meal Plan. On July 3, 2020 Plaintiff filed an informal complaint to his COIII. On July 6, 2020 Plaintiff wrote a letter of demand to ADC's Attorney Joseph Dylo. On July 7, 2020 Plaintiff's COIII denied his informal. On July 7, 2020 Plaintiff filed a formal grievance. On July 13, 2020 ADW Adam Young denied Plaintiff's grievance. On July 14, 2020 Plaintiff filed an appeal to David Shinn. Director Shinn did not respond within 30 calendar days and Plaintiff is exhausted.

    Plaintiff is a Kosher observing Messianic Jewish inmate. He has been on a Kosher diet since the start of his incarceration in February 2007. He continued to be served Kosher Certified meals including fruit, vegetables, dairy, and meat products. All of which are required under Jewish Common Law[2] and Plaintiff's sincerely held religious beliefs. Defendant Shinn moves to force Plaintiff to adopt religious practices not his own, such as the Buddist Vegan diet. This intrusion into Plaintiff's religious practice has placed a substantial burden on his ability to observe Sabbath days and Holy Days. Plaintiff's doctrinal position is that meat and dairy are a requirement for the practice of his religion, along with the proper Kosher guidelines being followed at all points when any food item is touched, something the Vegan menu does not, and cannot guarentee. Plaintiff also believes vegetarianism is considered spiritual weakness and a doctrine of demons[3]. Director Shinn, in his move to ([1] Exhibit A, [2] Exhibit B)([3] Exhibit C) CONTINUED PAGE 3-1.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    David Shinn has forced plaintiff to refuse his meals, as the Vegan (Non-Kosher) violates his sincerely held religious beliefs. Defendant Shinn has also not provided proof that the Vegan Fare is Kosher, remains Kosher, and is supervised by a Local Rabbinical Supervisor during all stages of food handling for plaintiff (cont. pg 3-1).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## 3. Supporting Facts

Force Plaintiff to adopt religious beliefs not his own, has now breached the Wall of Seperation of Church and State, and thus places ADC in a position to dictate (substantially burden) the religious observations of Plaintiff. ADC also lacks any valid security concern to place this substantial burden on Plaintiff. As the Certified Kosher Meal Plan costs ADC the same amount ($2.06 per meal) as the Buddist Vegan Meal Plan. ADC also allows a vendor to deal with the kitchen duties and food distribution. Therefore, they lack any claim as to simplified food service. Especially in light of the Certified Kosher Meal Plans existance in the ADC for decades. The ADC also cannot worry about the profit margins of their vendor as seems to be the case here. Instead ADC believes it can continue to violate RLUIPA as it chooses, hoping inmates will not litigate. Instead, Plaintiff must now refuse the Buddist Vegan meal, risk disciplinary action for not accepting the meal, and proclaim a fast. Plaintiff sought a least restrictive means to resolve this, but Defendant Shinn ignored his plea, and refusing to even respond to the Grievance Appeal on this issue.

## 4. Injury

Especially since ADC plans to serve open food items. Defendant Shinn has not shown that the kitchen is Certified Kosher to process the Vegan food without cross-contamination from non-kosher items. Including, but not limited to dishwashers, sinks, knives, ovens, microwaves, serving line, food prep areas, etc. Therefore, the Vegan menu violates Plaintiff's tenets of faith and injures Plaintiff's body and spiritual and emotional walk with God.

## COUNT II

1. State the constitutional or other federal civil right that was violated: Religious Land Use and Institutionalized Persons Act.

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

David Shinn has denied Plaintiff access to grape juice (Fruit of the Vine). Plaintiff is a Messianic Jew who holds a sincerely held belief that grape juice is the least restrictive means for his weekly Sabbath, Hadavalah, and annual Holy Day observations. Fruit of the Vine is to be used in all of Plaintiff's observations, as commanded in the Scriptures and Rabbinical writings. (Exhibit B expounds on usage of wine/grape juice)

Plaintiff has previously litigated this issue, and won a settlement that David Shinn has decided to ignore. Plaintiff filed his informal on 9-9-20, his formal grievance on 9-15-20, his appeal to David Shinn on 10-1-20 who refused to respond within 30 days and is now exhausted. Plaintiff wrote a letter of Demand to Asst. A.G. Joseph Dylo on 9-9-20 and has not received any written response.

Due to David Shinn's actions, Plaintiff cannot fulfill his weekly Sabbath ritual, Hadavalah ritual, or two recent Holy Days. David Shinn has provided no legitimate security concern for removing real Grape Juice (Fruit of the Vine) from the Inmate Store, nor can he, since no issue arose with Plaintiff since he was given the ability to purchase real grape juice from the inmate store, in 2017, when ADC replaced grape juice on Plaintiff's store list.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Plaintiff cannot fully observe his religious Holy Days/Times and David Shinn has caused Plaintiff to modify his behavior and not fulfill the commandments of Plaintiff's Creator, Thus harming his spiritual walk with His Creator.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff seeks compensatory and punitive damages in amount to be determined at trial, injunctive relief, and any and all other appropriate relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-23-2020
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Exhibit A

Notification 20-15



# Arizona Department of Corrections Rehabilitation and Reentry

# Inmate Notification

| SUBJECT | ISSUED | NOTIFICATION NUMBER |
|---|---|---|
| Common Fare Meal | July 2, 2020 | 20-15 |

This information is to be posted for **a minimum of 30** days in areas accessible to inmates and shall be made available to inmates who do not have access to posted copies.

## NOTICE

Effective August 1, 2020, religious and kosher diets are being replaced with a plant based vegan common fare meal which meets religious requirements for kosher, Halal and all other religions. The common fare meal will also be offered to general population inmates upon request. Inmates requesting the common fare meal shall notify the chaplain (religious reasons) or their CO III (personal reasons) at least 30 days prior to the start of the diet. If requesting to cancel the common fare meal the inmate shall give a 30 day notice to the chaplain (religious reasons) or CO III (personal reasons) prior to the cancelation of the diet.

David Shinn
Director

Exhibit B

Affidavit of Jimmy Ward

I, Jimmy D. Ward, under the penalty of perjury, state the following:

My name is Chaplain (Major) Jimmy D. Ward (USA Ret), currently Counselor at New Hope Counseling Center Soldotna, Alaska and Counselor at Cook Inlet Council on Alcohol and Drug Abuse in Kenai and Homer, Alaska. My duties also include doing Mental Health Assessments for inmates at Wildwood Correctional Complex in Kenai, Alaska.

During the last several years of my military career, I was the Chaplain Sponsor for the Jewish Congregation where I also attended. It was my responsibility to make sure our soldiers and their families had everything required to worship, observe, and celebrate all Sabbaths and Festivals outlined in the religion of Judaism. I was also the spokesman representing the congregation and its members before the Pentagon when situations of anti-Semitism flared.

I am writing this affidavit today regarding the importance of eating meat on the Sabbath and Festivals, which is a centuries-old Jewish custom based on numerous Talmudic sources, for example Pesachim 109a and Shabbat 118b.

Regarding the Sabbath: the obligation to honor the Sabbath with food is found in the Code of Jewish Law, Orach Chaim sec 242:1. The commentators there cite the Talmud (Shabbat 118) which mentions honoring the Shabbat with "large fish, the tips of garlic and dishes of turnips", but clarify that these dishes are meant only for illustration. In other words, the Talmud is giving examples of foods which were significant in Talmudic times and thus appropriate for honoring the Sabbath. However, in more recent times the most significant foods are wine [or Kosher grape juice open to air for 18 minutes] and meat, in addition to other delicacies. Therefore, the Code of Jewish Law explicitly states in Orach Chaim sec 250:2, that "a person should add his meal with meat, wine and delicacies according to his ability". This is also the ruling of later authorities. For example, Shulchan Aruch Harav states in Orach Chaim 242:4:

"...Most people presumably derive pleasure from eating meat more than eating other foods and from drinking wine more than drinking other beverages. For this reason, people should be generous in their consumption of meat and wine according to their capacity and financial resources."

Regarding the Festivals: there is a clear obligation to eat meals which specifically include meat on Festivals, because there is an additional obligation to not only honor the Festivals, but also to rejoice in them. This is derived from Deuteronomy 16:14, "And you shall rejoice on your Festivals." Thus, Maimonides states in his Mishneh Torah, Laws of Festivals 6:18:

"Men should eat meat and drink wine, for there is no happiness without partaking of meat, nor is there happiness without partaking of wine."

In other words, the means of rejoicing on the Festivals is the consumption of meat and wine.

Although the Code of Jewish Law (Orach Chaim 529) is somewhat ambiguous about the obligation to eat specifically meat, that source clearly accepts that eating fine foods is an important component of rejoicing in the Festivals, and that eating meat is an important way to fulfill this obligation of rejoicing. See for example the gloss of the Magen Avraham ad loc, subsection 3 who clarifies that "it is a mitzvah [i.e., commandment] to eat meat [on the Festival]."

Later authorities are explicit in the need to specifically consume meat in order to fulfill the obligation to rejoice in and enjoy the Festivals. For example, the Kitzur Shulchan Aruch states (Laws of Rejoicing on the Festivals 103:3):

"What is meant by delight? As our Rabbis, of blessed memory, said on each Yom Tov [a Jewish Holiday], you must have two meals, one at night and one during the day, but it is not our custom to have a third meal. You are obligated to say Kiddush over a cup of wine before the meal. You should say Hamotzi on

Two whole loaves as you do on Shabbos, and you should be lavish with meat, wine and sweets, according to your means."

So too, Shulchan Aruch Harav states (Orach Chaim Sec 529:4):

"He should prepare his meal expansively with meat, wine and delicacies according to his ability, and should not skimp in the preparations for the Festival."

The Mishnah Berurah likewise writes (Orach Chaim Sec 529 subsection 11) that "it is a mitzvah [commandment] to eat meat [on the Festival]," citing Maimonides' ruling.

I would also point out that Jewish law regards custom as paramount ("the customs of our Fathers [have the authority of] Torah" – see for example Tosafos to Menachot 20b, s.v. venifsal). As countless Jews of all backgrounds can attest, enjoying a meal including meat or chicken is an indispensable and timeless way to celebrate all major Jewish Festivals. This is especially true of those holidays that are Biblically mandated: Rosh Hashanah, Sukkot, Passover, and Shavuot. Many Jews fondly describe the brisket they ate on Passover, or the roast they enjoyed on Rosh Hashanah. This isn't only a matter of sentimentality; such recollections are a testament to the traditional way of celebrating the Festivals, and therefore legally significant according to Jewish law.

Regarding the eating of dairy foods on Shavuot: the custom to eat dairy is cited in the Code of Jewish Law (Shulchan Aruch) 494, sec 3 in the gloss of the Rema.

Regarding this custom, the Magen Avraham ad loc subsection 6 writes: "There are many reasons for this custom...and the customs of our fathers [have the binding authority of] Torah." The Magen Avraham is similarly cited by later authorities including the Mishnah Berurah (ad loc, subsection 12) and the Shulchan Aruch Harav (Sec 494:16).

The authorities point out that the custom to eat dairy in no way negates the mitzvah to eat meat on a Festival (as detailed above). Because the laws of Kosher prohibit consuming meat and dairy together, precautions must be taken to avoid any mixing of the two in a single meal. As detailed in the Code of Jewish Law, Yoreh Deah sections 88-89. Minimally, there is no need to wait any specific length of time

2

between the dairy and the meat. Instead, any intermingling of the two is avoided by eating some dairy specifically first, then following that up with a meat or chicken meal.

Regarding Yom Kippur: since this is a Biblical fast day, no meals are eaten during Yom Kippur. However, there is a mitzvah to eat two festive meals before the fast; one before noon and one preceding the fast. These meals are considered Festival meals, and therefore are customarily meat or chicken based – see Mishnah Berurah to Orach Chaim sec 604, subsection 2, where he writes that the custom to eat chicken applies even to the meal eaten the morning before Yom Kippur, and certainly to the meal eaten right before the fast begins.

As a former chaplain whose duty was to help meet the religious needs of soldiers and their families and also as a practicing Torah-observant believer, I confirm that the above is entirely in accordance with actual Jewish practice.

Dated: September 14, 2020         Chaplain Jimmy D. Ward (USA Ret)

Notary Public
LYNDSAY APPELHANZ
State of Alaska
My Commission Expires Aug. 6, 2023

State of Alaska

3rd _____ Judicial District

THIS IS TO CERTIFY that on the __14th__ day of __September__, of __2020__
(date) (month) (year)

__Jimmy Ward_____, known to me to be the individual or
(name of individual)

individuals named by the within __Affidavit by Chaplain Jimmy Ward__,
(document description)

personally appeared before me and acknowledged that (he/she/they) signed said document freely and voluntarily for the uses and purposes stated within.

GIVEN UNDER MY HAND and official seal:

Dated: __09/14/2020__

_(Signature of Notary)_
Notary Public for the State of Alaska
My Appointment Expires: __08/06/2023__

Notary Public
LYNDSAY APPELHANZ
State of Alaska
My Commission Expires Aug. 6, 2023

Exhibit C

God's Food Laws

reminds Christ's disciples that He is working out God's plan of offering salvation from sin and death and the gift of eternal life in the family of God to all humanity—past, present and future.

*(For more details, download or request Holidays or Holy Days: Does It Matter Which Days We Observe? and God's Holy Day Plan: The Promise of Hope for All Mankind).*

# God's Food Laws

*We believe that those meats that are designated "unclean" by God in Leviticus 11 and Deuteronomy 14 are not to be eaten.*

Scripture reveals that God created the vast array of animal life that inhabits our planet and further states that some animals were created for the specific purpose of providing food for mankind (1 Timothy 4:3). Although a Christian is not obligated to eat any meats, vegetarianism in its various forms, if practiced as a matter of religious requirement, is considered to be a spiritual weakness (Romans 14:2), and trying to impose that as a teaching to others is listed as a "doctrine of demons" (1 Timothy 4:1-3).

There is no clear statement as to when God first revealed the difference between those animals that are designated "clean" in Scripture and those that are not. The absence of a clear command on this matter in the first few chapters of Genesis should not be taken as proof that no instruction was given in this regard at the beginning of human history.

There are few clear commands in the early pages of the Bible, but the examples that are recorded reveal that standards of right and wrong were clearly understood. For example, there is no clear command against murder before Cain killed his brother Abel, but no one would conclude that murder was therefore acceptable before this point.

The book of Genesis can be described as a book of beginnings. It was written or compiled by Moses to provide a historical record of what took place; not to list specific laws. Readers shouldn't assume, based on absence from the beginning of Genesis, that any law not mentioned was not in existence from the beginning.

The first statement in Scripture concerning "clean" and "unclean" animals is found in Genesis 7:2, where Noah is commanded to take seven (or, more likely, seven *pairs*) of each kind of clean animal and only one

pair of each kind of unclean animal.

When God told Noah to build a giant ark, He gave explicit instructions on its size, composition and design, yet Scripture records that God saw no need to instruct Noah about which creatures were clean and which were unclean. God's instruction and Noah's response clearly indicate that Noah already understood which creatures were clean and which were not.

At the conclusion of the great Flood, God told Noah: "Every moving thing that lives shall be food for you. I have given you all things, even as the green herbs" (Genesis 9:3). This did not mean, however, that every single animal was fit for human consumption. Many creatures by their very nature are dangerous, poisonous and place our health at risk.

The point being made here was that, even though there were few men left alive, and large and dangerous animals had been preserved, Noah and his family had no need to fear these animals. Animals, the verse makes clear, were to be for man's benefit. As a whole, they were given into man's control *in the same way the green plants were given.*

Note the parallel. Some green plants are suitable for food, some are suitable for building materials, some are for beautification and enjoyment; and some are poisonous and can sicken and bring death when ingested. In the same way, some animals are useful for providing food while others provide fibers for clothing, strength for working the land or protection from dangers. And like poisonous plants, some animals are not intended to be eaten.

Whenever animals are mentioned in Scripture as a food source or in connection with sacrifice before Israel received the Old Covenant at Mount Sinai, they are invariably animals designated as clean (Genesis 15:9—cow, goat, sheep, dove, pigeon; Genesis 22:13—sheep; Exodus 12:5—sheep or goat). The law of clean and unclean meats clearly predates the Old Covenant, regardless of what role they may have played within that covenant.

When the Levitical system was established, it was necessary to codify a number of matters that had already been in effect for some time. Two sections of Scripture, Leviticus 11 and Deuteronomy 14:3-21, codify which creatures are set apart as suitable for food and which are not. The term used to designate those animals whose flesh is acceptable for food is *clean*, while the term used for those that are not suitable for food is *unclean*. It is important that we "distinguish between the unclean and the clean" (Leviticus 11:47; compare Ezekiel 22:26; 44:23).

Scripture does not reveal exactly why God designated certain animal flesh as suitable for food while other flesh is not acceptable. There could be health reasons or symbolic reasons or, as there seems to be, both. God certainly knows why and how He created each animal. Yet even if God's determinations in this matter were purely just a test of obedience, He, as the Creator of all life, has full rights to make such decisions.

nutritious. If you are aware that a certain plant is poisonous (or not nutritious for humans), you can be assured that it was not "... created to be received with thanksgiving ..."

Commentary:

"Everything created by God is good, but not everything created by God is food. Therefore, this verse does *not* abolish the Jewish dietary laws." (p. 644)

As Dr. David H. Stern comments in his *Jewish New Testament Commentary*:

"But he who doubts is condemned if he eats [*meat*], because *he does not eat* from faith; *for whatever is not from faith is sin.*"
(Rom. 14:23)

Thus we see, that in the above passage, *Shaul* is talking about asceticism in the form of spiritual vegetarianism. He is not talking about meats which God declared unclean.

~ Eating All Things ~

Yet another passage is sometimes used to claim all meats are now clean:

"Receive one who is weak in the faith, *but not to disputes over doubtful things. For one believes he may eat all things*, but he who is weak eats *only vegetables*."
(Rom. 14:1-2)

The question here is not whether one may eat unclean meats, but what to do about those vegetarians who think it is spiritually wrong to eat any kind of meat. (Notice the issue is not about being a vegetarian for heath reasons, but solely for spiritual reasons.)

One of the characteristics of pagan Gentile religions is the tendency to designate certain days for fasting or abstaining from certain types of food. This tendency can even be found within traditional Christian churches. It was not that many years ago when one major denomination required all of their adherents to eat fish rather than meat on Fridays. This type of practice is known as asceticism; abstaining from something for 'spiritual' reasons.

*Shaul*, like Y'shua before him, takes this opportunity to teach some important spiritual principles about not judging one another and learning how to love; thus avoiding dissension in the body of Believers:

"Let not him who eats [*clean meats*] despise him who does not eat, and let not him who does not eat [*any kind of clean meat*] judge him who eats; for God has received him. Who are you to judge another's servant? To his own master he stands or falls. Indeed, he will be made to stand, for God is able to make him stand."
(Rom. 14:3-4)

We are all servants of the Father. Therefore, since we are all fellow servants, we should not judge one another in these matters since that is God's prerogative. What we must be very careful not to do is tempt someone into doing something which they believe to be a sin, even though we understand it is not a sin. Thus, *Shaul* gives us one of the main New Testament definitions of sin:

18

~ Meat Offered to Idols ~

A similar situation is found in *Shaul*'s first letter to the Corinthians. Here the subject is not special days and vegetarianism, but meat that has been offered to idols and then taken to the market to be sold. Apparently, this was a common practice in pagan cities such as Corinth. Once again, there is no evidence that the text is talking about unclean animal food, but rather it is speaking of clean animal food. It merely mentions food which has been used in pagan rituals. Based on our understanding of God's law, we can assume that it is referring only to clean animal meat:

"Therefore concerning the eating of things offered to idols, we know that an idol *is* nothing in the world, and that *there is* no other God but one."
(I Cor. 8:4)

*Shaul* pointed out that there really is only one God and that the pagan gods are not gods at all, but merely idols of wood or stone. Even though this is true, there are Believers who would not think of touching the meat of an animal that had been offered to an idol:

"However not all men have this knowledge; but some, being accustomed to the idol until now, eat *food* as if it were sacrificed to an idol; and their conscience being weak is defiled."
(I Cor. 8:7 NAS)

Because some Believers had practiced idolatry in the past, and were offended by the eating of meat that had been offered to idols, *Shaul* once again taught the loving way to solve the problem:

"But food will not commend us to God; we are neither the worse if we do not eat, nor the better if we do eat.

"But take care that this liberty of yours does not somehow become a stumbling block to the weak. For if someone sees you, who have knowledge, dining in an idol's temple, will not his conscience, if he is weak, be strengthened to eat things sacrificed to idols? For through your knowledge he who is weak is ruined, the brother for whose sake Christ [*Messiah*] died.

19